UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

WALTER NORRIS,

                Plaintiff,                          **ORDER**

-against-                                        09 CV 2185 (CBA)(LB)

CREDIT BUREAU CENTRAL,

                Defendant.

----------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

The settlement conference previously scheduled for November 12, 2009 is adjourned to **December 8, 2009 at 3:30 p.m.** in Courtroom 11A of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York. Defendant's counsel shall appear with someone with settlement authority, or have that person available by telephone throughout the conference. Plaintiff shall appear with his wife. If the parties settle this case before the next conference, they shall file a stipulation of discontinuance with the Court and the conference will be cancelled.

SO ORDERED.

                                              LOIS BLOOM
                                              United States Magistrate Judge

Dated: November 13, 2009
        Brooklyn, New York